JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS ROGER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 2:19-CV-02107 (VEB)<br><br>JUDGMENT |

For the reasons set forth in the accompanying Decision and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk of the Court shall CLOSE this case.

DATED this 31st day of August 2020

　　　　　　　　　　　　　　　　/s/Victor E. Bianchini
　　　　　　　　　　　　　　　VICTOR E. BIANCHINI
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE